### FRANKES ag$^t$ SMITH

John Frankes plaint. ag$^t$ Rich$^d$ Smith Defend$^t$ in an accion of the case for his fraudulently dealing in the Sale of Margaret Cox to s$^d$ Frankes in May last for to bee saide Franks his Serv$^t$ when s$^d$ Smith or his wife were very suspitious that Shee the s$^d$ Margaret Cox was w$^{th}$ childe by reason of having s$^d$ Margarets breast searched in the time of her Service w$^{th}$ s$^d$ Smith & therefore s$^d$ Smith could not thinke her fit for such imploiment as s$^d$ Smith did sell her for so that the plaint. is damnified to the value of Fifteen pounds in mony or thereabouts besides the disgrace suffered in his house & Family & all other due damages according to attachm$^t$ dat$^d$ April: 18th 1676. . . . The Jury . . . found for the Defend$^t$ costs of Court, being Fourteen Shillings & Four pence.

### WARREN ag$^t$ SKINNER

Humphry Warren plaint. ag$^t$ Edw$^d$ Skinner Defend$^t$ The plaint. withdrew his accion.

### SMITH ag$^t$ MEARES

John Smith Merchant plaint. ag$^t$ James Meares Defend$^t$ in an action of the case for witholding a debt of twenty Four pounds in mony due by bill bearing date the .29th of 8$^{br}$ 75. with all other due damages according to attachm$^t$ Dat. Feb$^{ro}$ 19° 1675. . . . The Jury . . . founde for the plaint. according to bill twenty Four pounds mony & costs of Court being twenty nine Shillings Six pence. [ **373** ]

### HAYDEN ag$^t$ Select men of Milton

Ebenezer Hayden Living in Boston plaint. upon replevin ag$^t$ the Select men of Milton Defend$^{ts}$. . . . The Jury . . . founde for the Defend$^{ts}$ costs of Court, being nine Shillings & ten pence.

### DISPAWS ag$^t$ GIFFARD

Henry Dispaw Senio$^r$ & Henry Dispaw junio$^r$ or either of them plaint$^s$ ag$^t$ John Giffard Defend$^t$ in an action of reveiw of a judgement granted against them or either of them at a County Court held at Boston (by adjournm$^t$ of the Generall Court) Novemb$^r$ 23° 1675.